--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
JAN 13 2015

**1/5/2015**
**ROBERTS, WILLIAM WHITTINGTON** Tr. Ct. No. D-1-DC-07-206717-B
**WR-72,829-04**

Pursuant to Rule 79.2 (d), applicant's Motion for Reconsideration/Rehearing has been dismissed.

Abel Acosta, Clerk

WILLIAM WHITTINGTON ROBERTS
301 RUISSEAU DRIVE
ROOM #117
PLANO, TX 75023

U T F

IEBN3B 75023